Law Offices of
**CUNLIFFE & COOK**
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone: (671) 472-1824
Facsimile: (671) 472-2422

Attorneys for Plaintiff MEL DEBRUM

**FILED**
DISTRICT COURT OF GUAM
FEB 1 1 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MEL DEBRUM,<br><br>        Plaintiff,<br><br>vs.<br><br>M&F FISHING CO., INC., a corporation, *in personam*, and M/V KOORALE, her engines, tackle, apparel, furniture, and appurtenances, *in rem*,<br><br>        Defendants. | ADMIRALTY CIVIL NO. 03-00004<br><br>**RULE B DECLARATION OF JEFFREY A. COOK** |

Hagåtña, Guam.

I, JEFFREY A. COOK, declare:

1. I am a member of the bar of this Honorable Court and a member of the law firm of Cunliffe & Cook, attorneys for Mel DeBrum, the Plaintiff herein. I am familiar with the circumstances of the Complaint filed in this action and the underlying causes of action.

2. This affidavit is submitted pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims to verify the efforts undertaken by me to determine whether the *in personam* defendant, M&F Fishing Co., Inc. (hereinafter

"M&F"), the registered owner of M/V KOORALE, could be "found" within this District for the purposes of Rule B.

3. I have conducted an investigation and based upon that investigation I have concluded that M&F is a foreign corporation which cannot be found within the District of Guam for the purposes of Rule B.

4. The investigation I conducted involved a search of the telephone directories for the island of Guam and a call to directory assistance. No listings or telephone numbers for M&F were found.

5. The Department of Revenue & Taxation, Business License Division, was contacted and it was determined that M&F is not registered with the Department of Revenue & Taxation.

6. M&F is listed as the registered owner of M/V KOORALE in the Registry maintained by the United States. Plaintiff is entitled to an attachment under Supplemental Rule B in view of the fact that Plaintiff has located assets in this District (namely, M/V KOORALE) where M&F is not "found" for the purposes of Rule B as this defendant cannot be served within this District.

I declare under penalty of perjury under the laws of the United States of America and Guam that the foregoing is true and correct.

Dated: February 6, 2003.

_____
JEFFREY A. COOK

JAC:cgb
Civil-Temp / Banning B0163 1 Koorale Rule B