Law Offices of
**CUNLIFFE & COOK**
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

Attorneys for Plaintiff MEL DEBRUM

FILED
DISTRICT COURT OF GUAM
FEB 11 2003
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

03-00004

| | |
|---|---|
| MEL DEBRUM, <br><br> Plaintiff, <br><br> vs. <br><br> M&F FISHING CO., INC., a corporation, *in personam*, and M/V KOORALE, her engines, tackle, apparel, furniture, and appurtenances, *in rem*, <br><br> Defendants. | ADMIRALTY CIVIL NO. <br><br> **APPLICATION FOR ORDER FOR ISSUANCE OF WARRANT OF ARREST AND ATTACHMENT OF VESSEL PURSUANT TO SUPP. ADMIRALTY RULE C(3) AND B BASED ON EXIGENT CIRCUMSTANCES** |

Plaintiff MEL DEBRUM (hereinafter "the Plaintiff") having filed his complaint in admiralty in the above-entitled action, applies, in accordance with Rule C(3) & B of the Supplemental Admiralty Rules, for a review by the Court of said complaint, for a finding therefrom that the conditions for an action *in rem* and for maritime attachment appear to exist, and for an order directing the Clerk to issue a warrant to the United States Marshal for the arrest and attachment of the defendant vessel in the form filed herewith. This application is based on the complaint herein, the pleadings and supporting papers, and the Declaration of Jeffrey A. Cook filed herewith.

                                              **CUNLIFFE & COOK**
                                              A Professional Corporation
                                              Attorneys for Plaintiff MEL DEBRUM

Dated: February 6, 2003.      By_____
                                              JEFFREY A. COOK, ESQ.

JAC:cgb/Civil-Temp/Banning/B0163 1/Koorale App for WOA

ORIGINAL