**Law Offices of**
**CUNLIFFE & COOK**
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, GU   96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

Attorneys for Plaintiff MEL DEBRUM

**F I L E D**
DISTRICT COURT OF GUAM
**FEB 1 1 2003**
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

03-00004

| | |
|---|---|
| MEL DEBRUM, ) | ADMIRALTY CIVIL NO. |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DECLARATION IN SUPPORT OF** |
| ) | **APPLICATION FOR ISSUANCE OF** |
| M&F FISHING CO., INC., a corporation, ) | **ORDER FOR ARREST AND** |
| *in personam*, and M/V KOORALE, her ) | **ATTACHMENT OF VESSEL** |
| engines, tackle, apparel, furniture, and ) | **BASED ON EXIGENT** |
| appurtenances, *in rem*, ) | **CIRCUMSTANCES** |
| ) | |
| Defendants. ) | |
| ) | |

Hagåtña, Guam.

I, **JEFFREY A. COOK**, declare:

1.      I represent the Plaintiff in the above-entitled action.   I make this Declaration based upon personal knowledge or upon information officially furnished to me.

2.      Plaintiff has filed a Complaint for Jones Act negligence against *in personam* Defendant M&F Fishing Co., Inc. and for Unseaworthiness on the above-named defendant vessel, *in rem*.

3.      Plaintiff's serious personal injuries entitle him to a maritime lien against the defendant vessel.  Pursuant to the maritime law of the United States the maritime lien of the Plaintiff may be enforced by suit *in rem* in admiralty.

**ORIGINAL**

4.　As a result of the foregoing, Plaintiff is entitled to issuance of a summons and warrant of arrest for the defendant vessel pursuant to Supplemental Admiralty Rule C(3) of the Fed.R.Civ.P.

5.　Pursuant to Local Admiralty Rule E (3)(b) exigent circumstances exist because the vessel in question is only scheduled to be in port for a very brief period of time (perhaps hours) and will likely shortly leave the port of Guam and not return. Currently available information suggests that vessel could arrive as early as Friday, February 14, 2003. Therefore, if the Court is not available to review the arrest materials and issue the arrest warrant before the close of business Thursday, February 13, 2003, then the exigent circumstances required by Local Rule E(3)(b) exist and the clerk should forthwith, without Court review, issue a summons and warrant for the arrest of the defendant vessel.

I verify under penalty of perjury under the laws of Guam that the foregoing is true and correct.

Dated: February 11, 2003.

JEFFREY A. COOK

JAC:cgb
Civil-Temp / Banning B0163 1 Koorale Decl for App

-2-