Law Offices of
**CUNLIFFE & COOK**
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone: (671) 472-1824
Facsimile: (671) 472-2422

Attorneys for Plaintiff MEL DEBRUM

FILED
DISTRICT COURT OF GUAM
FEB 1 1 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MEL DEBRUM, <br><br> Plaintiff, <br><br> vs. <br><br> M&F FISHING CO., INC., a corporation, *in personam*, and M/V KOORALE, her engines, tackle, apparel, furniture, and appurtenances, *in rem*, <br><br> Defendants. | ADMIRALTY CIVIL NO. 03-00004 <br><br> **APPLICATION FOR AN ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN FOR IN REM DEFENDANT VESSEL** |

Plaintiff MEL DEBRUM, hereby applies to the Court for an Order directing that the United States Marshal for this District be ordered to transfer custody of the defendant vessel M/V KOORALE, her engines, tackle, apparel, furniture, and appurtenances, *in rem*, (hereafter, the "vessel"), to the custody of substitute custodian Allied Mariners by and through the proposed substitute custodian's authorized representatives, as immediately as the Marshal and Allied Mariners can agree is convenient. As more fully described in the Declaration of the proposed substitute custodian, said custodian has agreed to act as substitute custodian of the vessel in lieu of the Marshal and to serve as substitute custodian of the vessel while it remains in *custodia legis*, and until further order of the Court.

All applicable insurance policies will be maintained by or on behalf of the substitute custodian, or, if applicable, by the plaintiff as advances to, and on behalf of, the substitute custodian, in order to provide coverage for the protection of the vessel, the United States, and the substitute custodian.

Plaintiff also requests that the expenses of the United States Marshal, the Plaintiffs, and the substitute custodian in safekeeping and maintaining the vessel while in *custodia legis,* including, but not limited to, insurance premiums and all other sums and advances, be declared administrative expenses herein, to be paid prior to the release of the defendant vessel or distribution of the proceeds of its sale, all in accordance with the rule of New York Dock Co. v. Steamship Poznan, 274 U.S. 117 (1927).

This application is based upon this application herein, the Declaration of Tim Westman, the proposed Order filed herewith, and the official file of this case.

        **CUNLIFFE & COOK**
        A Professional Corporation
        Attorneys for Plaintiff MEL DEBRUM

Dated: February 6, 2003.  By_____
            JEFFREY A. COOK, ESQ.

JAC:cgb
Civil-Temp / Banning B0163 1 Koorale App for Sub Cust