**Law Offices of**
**CUNLIFFE & COOK**
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone: (671) 472-1824
Facsimile: (671) 472-2422

Attorneys for Plaintiff MEL DEBRUM



**F I L E D**
DISTRICT COURT OF GUAM
**FEB 1 1 2003**
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

MEL DEBRUM,                                )     ADMIRALTY CASE
                                           )     NO. ___03-00004___
            Plaintiff,   )
                                           )
    vs.                                  )
                                           )     **DECLARATION IN SUPPORT**
M&F FISHING CO., INC., a corporation,      )     **OF PROPOSED**
*in personam,* and M/V KOORALE, her        )     **SUBSTITUTION CUSTODIAN**
engines, tackle, apparel, furniture, and   )
appurtenances, *in rem,*                    )
                                           )
            Defendants.  )
                                           )
_____    )

Hagåtña, Guam.

    I, **TIM WESTMAN**, declare that if called upon to testify to the matters set forth

below I could and would do so competently.

    1.    I am an associate of Allied Marine Surveyors, a CNMI company with

offices in Saipan and Guam. The company's principle surveyor is Mr. Noel Slapp.

    2.    On behalf of Allied Marine, I am prepared to assume custody of the

vessel from the United States Marshal at the place of the vessel's arrest by the

Marshal. Allied Marine will perform all services necessary to preserve the value and

condition of the vessel including, but not limited to, providing fire watches, periodic

inspection of the mooring lines, pump water from the vessel as required and otherwise

ensure the vessel's watertight integrity; periodically run the vessel's engines and other

ORIGINAL

mechanical and electrical systems in order to protect such equipment from rust and other types of damage during lay-up; moor the vessel in a location where it can be kept under reasonable surveillance and prevent unauthorized persons from boarding the vessel; and perform other routine services required for the safekeeping of the vessel.

3.     Because Allied Marine specializes in marine services, including hull and machinery, adjusting, and surveying, I am far more familiar with the vessel than any available custodian the Marshal could put aboard. I understand the U.S. Marshal contacted custodian, Jurgen Unterberg, is not available to undertake these responsibilities. Allied Marine is willing to act as custodian for $325.00 per day management fee, $700.00 per day watchkeeping, and other expenses plus whatever costs (electricity and fuel insurance, etc.) are necessary to properly maintain the vessel. Allied Marine has agreed to this reduced management fee due to the nature of Plaintiff's claim.     I understand that our rate and the expenses will be considered custodial legis expenses and that we will not be paid until resolution of this matter by the Court, except as set forth in our contract with Plaintiff.

I declare under penalty of perjury under the laws of the United States of America and Guam that the foregoing is true and correct to the best of my beliefs and that this declaration was signed on February __//__, 2003, in Hagåtña, Guam.

TIM WESTMAN

JAC:cgb
Civil-Temp / Banning B0163 1 Koorale Decl for Sub Cust

- 2 -