Law Offices of
**CUNLIFFE & COOK**
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

Attorneys for Plaintiff MEL DEBRUM

FILED
DISTRICT COURT OF GUAM
FEB 1 1 2003
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MEL DEBRUM, <br><br> Plaintiff, <br><br> vs. <br><br> M&F FISHING CO., INC., a corporation, *in personam*, and M/V KOORALE, her engines, tackle, apparel, furniture, and appurtenances, *in rem*, <br><br> Defendants. | ADMIRALTY CIVIL NO. **03-00004** <br><br> **APPLICATION TO SEAL FILE** |

Plaintiff MEL DEBRUM, through his counsel, CUNLIFFE & COOK, by Jeffrey A. Cook, hereby applies to the Court to seal the above-captioned matter until such time as the vessel M/V KOORALE is arrested pursuant to the warrant issued by the Court. On information and belief, Plaintiff believes the M/V KOORALE will only be in Guam for a short period of time, most likely less than 24 hours, to pick up a net at Casamar Guam, Inc. Pier. If the case is not sealed pending arrest of the vessel pursuant to the warrant issued by the Court, Defendant M/V KOORALE or its owner, M&F FISHING CO., INC., may ascertain by checking the automated Court records, that this matter has been filed which could result in the M/V KOORALE not coming into Guam's port as Plaintiff believes the vessel is scheduled to do the before the end of this week.

**ORIGINAL**

THEREFORE, Plaintiff DEBRUM respectfully asks the Court to seal this matter until the arrest of the vessel or until further order of this Court.

**CUNLIFFE & COOK**
A Professional Corporation
Attorneys for Plaintiff MEL DEBRUM

Dated: February 11, 2003.    By _____
JEFFREY A. COOK, ESQ.

JAC:cgb
Civil-Temp / Banning B0163 1 Koorale Application to Seal File