**Law Offices of**
**CUNLIFFE & COOK**
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

**F I L E D**
DISTRICT COURT OF GUAM
**FEB 1 1 2003**
MARY L. M. MORAN
CLERK OF COURT

8

Attorneys for Plaintiff MEL DEBRUM

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MEL DEBRUM, ) | ADMIRALTY CIVIL NO. 03 - 0 0 0 0 4 |
| ) | |
| Plaintiff, ) | **ORDER TO SEAL FILE** |
| ) | |
| vs. ) | |
| ) | |
| M&F FISHING CO., INC., a corporation, ) | |
| *in personam*, and M/V KOORALE, her ) | |
| engines, tackle, apparel, furniture, and ) | |
| appurtenances, *in rem*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**GOOD CAUSE HAVING BEEN SHOWN,** the Court hereby orders that this

matter be sealed until the vessel Defendant M/V KOORALE is arrested pursuant

to the warrant issued by this Court, or further order of this Court.

**SO ORDERED.** FEB 1 1 2003

**JOHN S. UNPINGCO**
**CHIEF JUDGE, DISTRICT COURT OF GUAM**

**RECEIVED**
FEB 1 1 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

JAC:cgb
Civil-Temp / Banning B0163 1 Koorale Proposed Order to Seal Case

**ORIGINAL**