Law Offices of
**CUNLIFFE & COOK**
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone: (671) 472-1824
Facsimile: (671) 472-2422

Attorneys for Plaintiff MEL DEBRUM

F I L E D
DISTRICT COURT OF GUAM

FEB 1 1 2003

MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

03-00004

| | |
|---|---|
| MEL DEBRUM, ) | ADMIRALTY CIVIL NO. |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER FOR ISSUANCE OF** |
| ) | **WARRANT OF ARREST AND** |
| ) | **ATTACHMENT OF VESSEL** |
| M&F FISHING CO., INC., a corporation, ) | **PURSUANT TO SUPP.** |
| *in personam*, and M/V KOORALE, her ) | **ADMIRALTY RULE C(3) AND B** |
| engines, tackle, apparel, furniture, and ) | |
| appurtenances, *in rem*, ) | |
| ) | |
| Defendants. ) | |

Upon reading the Complaint of the Plaintiff for issuance of a warrant of maritime arrest and attachment and support papers, and the Court finding that the conditions for an action *in rem* under Supplemental Admiralty Rule C and an attachment pursuant to Supplemental Admiralty Rule B appear to exist, it is

**ORDERED** that the Clerk shall issue a warrant of maritime arrest and attachment as prayed for in the Complaint; and it is further

**ORDERED** that any person claiming an interest in the property arrested pursuant to said order shall, upon application to the Court be entitled to a prompt hearing at which the plaintiff shall be required to show why the arrest should not be vacated or other relief granted; and it is further

**ORIGINAL**

**ORDERED** that a copy of this Order be attached to and served with the said warrant of maritime arrest and attachment.

**IT IS SO ORDERED** this ___11th___ day of February 2003, Guam.

_____
**UNITED STATES DISTRICT JUDGE**

JAC:cgb
Civil-Temp / Banning B0163 1 Koorale Order for Appt

> **RECEIVED**
> FEB 1 1 2003
> DISTRICT COURT OF GUAM
> HAGATNA, GUAM

-2-