AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**DISTRICT OF** _____

FILED
DISTRICT COURT OF GUAM
FEB 18 2003
MARY L. M. MORAN
CLERK OF COURT

MEL DEBRUM,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 03-00004

M&F FISHING CO., INC., a corporation, in personam, and M/V KOORALE, her engines, tackle, apparel, furniture and appurtenances, in rem,

TO: (Name and address of defendant)  M/V KOORALE, her engines, tackle, apparel, furniture and appurtenances, in rem
c/o CASAMAR GUAM INC PIER
178 Industrial Ave.
Piti, Guam 96925

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey A. Cook, Esq.
LAW OFFICES OF CUNLIFFE & COOK, P.C.
Suite 200, 210 Archbishop F.C. Flores St.
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
CLERK

(BY) DEPUTY CLERK

DATE  FEB 1 1 2003

**ORIGINAL**

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 02/14/03 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Lumpkin, Ricardo P | USMS |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Cathwalk Plaza, Guam

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $5.04 | $645.00 | $650.04 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/14/03
Date

Signature of Server

USMS, USDC, Hagatna, Guam
96910
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case 1:03-cv-00004   Document 13   Filed 02/18/2003   Page 2 of 2