Law Offices of
**CUNLIFFE & COOK**
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone: (671) 472-1824
Facsimile: (671) 472-2422

Attorneys for Plaintiff MEL DEBRUM



FILED
DISTRICT COURT OF GUAM
FEB 1 8 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MEL DEBRUM,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>M&F FISHING CO., INC., a corporation, *in personam*, and M/V KOORALE, her engines, tackle, apparel, furniture, and appurtenances, *in rem*,<br><br>　　　　　Defendants. | ADMIRALTY CIVIL NO. 03-00004<br><br>**WARRANT OF ARREST AND ATTACHMENT OF VESSEL PURSUANT TO SUPP. ADMIRALTY RULES C(3) AND B** |

TO:　UNITED STATES MARSHAL FOR GUAM

WHEREAS, the Plaintiff has filed a complaint, *in rem*, to foreclose maritime lien claims against the defendant vessel M/V KOORALE (Official No. 545564), its engines, tackle, apparel, furniture, and appurtenances, *in rem* (hereinafter "the Vessel") and *in personam* against M&F Fishing Co., Inc., for reasons set forth in the complaint, and praying for process of warrant for the arrest and attachment of said defendant Vessel, and that all persons interested in said defendant Vessel may be cited to answer the premises, and that said defendant vessel may, for the causes set forth in the said complaint, be sold to pay the demands of Plaintiff, and the Court having ordered this warrant of arrest to issue,

**ORIGINAL**

**WARRANT OF ARREST AND ATTACHMENT OF VESSEL PURSUANT TO SUPP. ADMIRALTY RULES C(3) AND B**
**MEL DEBRUM VS. M&F FISHING CO., INC., and M/V KOORALE**

**YOU ARE HEREBY COMMANDED** to arrest and attach said Vessel and to detain the same in your custody until further order of the Court respecting the same and to promptly give actual notice of the commencement of this action to the Master, or other ranking officer or caretaker of the Vessel, and further, in accordance with Supplemental Admiralty Rule C(4) of the Federal Rules of Civil Procedure, if the Vessel has not been released within ten (10) days after execution of this process, to publish a Notice of Arrest and Filing of Action for Foreclosure of Lien Claims, in order to give all persons claiming the same or having anything to say why the vessel should not be sold pursuant to the prayer of the complaint due notice that, in accordance with Rule C(6) of the Federal Rules of Civil Procedure, they must file their claims with the Clerk of the Court within ten (10) days after execution of this process and that they must serve their answers within twenty (20) days after the filing of their claim, and that as to any person or entity not so serving and filing his claim and answer, default will be noted and condemnation ordered, and, further, that applications for intervention in accordance with Rule 24 of the Federal Rules of Civil Procedure by persons claiming maritime liens or other interests must be filed within thirty (30) days after publication of the Notice of Arrest, and that, as to all persons and entities not so filling such applications for intervention within the time limits set out above, default will be taken.

**YOU ARE FURTHER COMMANDED** to file this process in this Court with your return promptly after execution thereof.

I HAVE PARTIALLY (EXECUTED) THIS WARRANT OF ARREST BY TAKING CUSTODY OF THE WITHIN NAMED _M/V KOORALE_ AT _CASAMAR PIER_ ON _14 FEB 03_. AND DELIVERING HIM/HER TO THE FOR FURTHER TRANSFER TO: Civil Temp / Banning B0163 1 Koorale WOA

**Mary L. M. Moran**
Clerk, United States District Court of Guam

By _____
Deputy Clerk

- 2 -

Case 1:03-cv-00004    Document 14    Filed 02/18/2003    Page 2 of 3

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MEL DEBRUM | CV03-00004 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| M&F FISHING CO., INC., a corporation, in personam, and M/V KOORALE, her engines, tackle, apparel, furniture, and appurtenances, in rem, | WARRANT OF ARREST OF VESSEL |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SAME AS ABOVE UNDER DEFENDANT

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
CASAMAR GUAM INC. PIER
178 INDUSTRIAL AVE., PITI, GUAM 96925

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jeffrey A. Cook, Esq.
LAW OFFICES OF CUNLIFFE & COOK, P.C.
Suite 200, 210 Archbishop F.C. Flores St.
Hagatna, Guam 96910

| | |
|---|---|
| Number of process to be served with this Form - 285 | 5 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

SERVE M/V KOORALE AT CASAMAR GUAM INC PIER. COORDINATE WITH TIM WESTMAN OF ALLIED MARINE, (C): 689-9906, (O): 647-1580, OR NOEL SLAPP OF ALLIED MARINE AT (O): (670) 234-9511, (P): (670) 236-1154, (C): (670) 483-6705, TO TAKE CUSTODY OF VESSEL PER COURT ORDER. VESSEL IS ARRIVING GUAM AND IS EXPECTED TO ONLY BE IN PORT 12 HOURS.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 472-1824
DATE: 2/11/03

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 5 | 93 | 93 | [signature] | 2/12/03 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
*SERVICES WAS ALSO DONE ON OWNER ANTHONY FERREIRA

Date of Service: 2/14/03  Time: 7:30 pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $645 $145.00 | $5.04 | 0 | $650.04 | $5,000.00 | $4,349.96 |

REMARKS:
Ck #3724 Cunliffe & Cook dtd 2/12/03 — $5,000.00
- (1) DUSM & (1) GUARD, 7 miles one way  $45 × 5 = $225.00
- (Two) GUARD × $15.00 = $105.00 (1400 - 2100)  (7HRS) DUSM × $45 = $315.00

PRIOR EDITIONS MAY BE USED

FORM USM-285 (Rev. 12/15/80)