Law Offices of
**CUNLIFFE & COOK**
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone: (671) 472-1824
Facsimile: (671) 472-2422

Attorneys for Plaintiff MEL DEBRUM

FILED
DISTRICT COURT OF GUAM
FEB 1 8 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

03-00004

| | |
|---|---|
| MEL DEBRUM, | ADMIRALTY CIVIL NO. |
| Plaintiff, | |
| vs. | **NOTICE OF ARREST AND ATTACHMENT OF VESSEL PURSUANT TO SUPP. ADMIRALTY RULE C(3) AND B** |
| M&F FISHING CO., INC., a corporation, *in personam*, and M/V KOORALE, her engines, tackle, apparel, furniture, and appurtenances, *in rem*, | |
| Defendants. | |

In obedience to a Warrant for Arrest directed to me in the above-entitled cause, I have, on the 14th day of February, 2003, seized and taken into my possession the following described defendant, the vessel M/V KOORALE, Official No. 545564, and all her engines, tackle, apparel, furniture, and appurtenances, *in rem* (the "Vessel"), for the causes set forth in the complaint, to wit: for foreclosure of maritime liens and for security for *in personam* claims of Defendant M&F Fishing Co., Inc., now pending in the United States District Court for this district.

**I HEREBY GIVE NOTICE** that, pursuant to Supplemental Admiralty Rule C(6), claims of persons entitled to possession of said Vessel and/or all her engines, tackle, gear, electronics, bunkers, boilers, appurtenances, etc., must file their claims with the

ORIGINAL

answers within twenty (20) days after the filing of their claim, and that as to any person or entity not so serving and filing his claim and answer, default will be noted and condemnation ordered, and, further, that applications for intervention in accordance with Rule 24 of the Federal Rules of Civil Procedure by persons claiming maritime liens or other interests must be filed within thirty (30) days after publication of this Notice of Arrest and copies thereof served upon attorneys for plaintiff, and that, as to all persons and entities not so filing such applications for intervention within the time limits set out above, default will be taken.

Service upon Plaintiff's attorneys shall be made at:

> Law Offices of
> **CUNLIFFE & COOK**
> Suite 200
> 210 Archbishop F.C. Flores Street
> Hagåtña, Guam 96910
> Telephone: (671) 472-1824

Dated this 14th day of February, 2003.

for Lesvia Maldonado - Diaz
Chief Deputy United States Marshal for Guam

JAC:cgb
Civil-Temp / Banning B0163 1 Koorale Ntc of Arrest

RECEIVED
FEB 11 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM