Law Offices of
**CUNLIFFE & COOK**
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422



Attorneys for Plaintiff MEL DEBRUM

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MEL DEBRUM,<br><br>   Plaintiff,<br><br>vs.<br><br>M&F FISHING CO., INC., a corporation, *in personam*, and M/V KOORALE, her engines, tackle, apparel, furniture, and appurtenances, *in rem*,<br><br>   Defendants. | ADMIRALTY CIVIL NO. 03-00004<br><br>**EX PARTE MOTION TO ALLOW FACSIMILE FILING** |

Plaintiff Mel DeBrum, by counsel, hereby moves this Court, Ex Parte, to permit the filing of a facsimile page with signature of off island counsel William L. Banning on Mr. Banning's Application For Admission Pro Hac Vice. This Application is made pursuant GR5.1, Local Rules of Practice, District Court of Guam. Plaintiff's counsel will immediately file the original signatures upon receipt from off island counsel.

Dated this ____ day of February 2003.

                              **CUNLIFFE & COOK**
                              A Professional Corporation

                        By: _____
                              JEFFREY A. COOK

JAC:cgb
Civil-TEMP/Banning-B-0163.1/Ex Parte Mtn to Allow Facsimile Filing

ORIGINAL