Law Offices of
**CUNLIFFE & COOK**
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

Attorneys for Plaintiff MEL DEBRUM


FILED
DISTRICT COURT OF GUAM
FEB 20 2003
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MEL DEBRUM,<br><br>    Plaintiff,<br><br>vs.<br><br>M&F FISHING CO., INC., a corporation, *in personam*, and M/V KOORALE, her engines, tackle, apparel, furniture, and appurtenances, *in rem*,<br><br>    Defendants. | ADMIRALTY CIVIL NO. 03-00004<br><br>**APPLICATION FOR ADMISSION *PRO HAC VICE* AND CONSENT TO DESIGNATION AS LOCAL ASSOCIATE COUNSEL;**<br><br>**General Civil Rule 17.1(d)** |

COMES NOW, WILLIAM L. BANNING, attorney for Plaintiff Mel DeBrum, and hereby makes Application to this Honorable Court for permission to appear and participate herein *pro hac vice*.

This Application is made pursuant to General Rule ("GR")17.1(d) *et seq.*, of the Local Rules of Practice, District Court of Guam, Territory of Guam and is based upon the following facts which Applicant hereby states under penalty of perjury:

GR17.1(d): Applicant has been retained to appear in this Court by his client Mel DeBrum. Applicant and his firm currently represent Mr. DeBrum in the action entitled *Mel DeBrum v. M & F Fishing Company, Inc., et. al*, United States District Court, Central District of California, Case No. 01-08403 DDP (Shx). This *in personam* seaman's

personal injury action arises out of the same accident which is the subject matter of the complaint herein. Applicant is a person of good moral character.

GR17.1(d)(1)(A): Applicant WILLIAM L. BANNING, permanently resides in San Diego County, California.

GR17.1(d)(1)(B): Neither Applicant nor his firm is regularly employed in Guam.

GR17.1(d)(1)(C): Neither Applicant nor his firm is regularly engaged in business, professional or other activities in Guam.

GR17.1(d)(2)(A): Applicant's residence address is P.O. Box 113, Rancho Santa Fe, California, 92067. Applicant's office address is BANNING MICKLOW BULL & LOPEZ, LLP, 501 W. Broadway, Suite 2090, San Diego, California, 92101, Tel: (619) 230-0030, Fax: (619) 230-1350, e-mail: wbanning@banningmicklow.com.

GR17.1(d)(2)(B): Applicant has been admitted to practice before the following Courts as of the dates of admission set forth opposite each:

| | |
|---|---|
| All California state courts | 1977 |
| United States District Court | |
|     Southern District of California | 1978 |
|     Central District of California | 1977 |
|     Northern District of California | 1996 |

///
///

GR17.1(d)(2)(C): Applicant is in good standing and eligible to practice in said Courts.

GR17.1(d)(2)(D): Applicant has never been suspended or disbarred in any Court.

GR17.1(d)(2)(E): Applicant has no current cases before this Honorable Court but was admitted previously *pro hac vice* in the matter of *TCW SPECIAL CREDITS v. FISHING VESSEL CHLOE Z et. al*, Civil Action No. 96-00055. Applicant has not applied for admission *pro hac vice* within the last year. Applicant hereby designates Jeffrey A. Cook, Cunliffe & Cook, P.C., Suite 200, 210 Archbishop F.C. Flores Street, Hagatna, Guam 96910, Tel: (671) 472-1824, Fax: (671) 472-2422, an attorney and member in good standing of the bar of this Honorable Court as local associate counsel herein.

Applicant respectfully requests approval of this Application for this particular case.

I declare under penalty of perjury under the laws of the United States and the laws of the Territory of Guam that the foregoing is true and correct and that this application was executed February 18, 2003, at San Diego, California.

/s/ William L. Banning
WILLIAM L. BANNING

APPLICATION FOR ADMISSION *PRO HAC VICE* AND CONSENT TO DESIGNATION AS LOCAL ASSOCIATE COUNSEL
General Civil Rule 17.1(d)
MEL DEBRUM VS. M&F FISHING CO., INC., and M/V KOORALE
Admiralty Civil No. 03-00004

---

## GR 17.1(e): CONSENT TO DESIGNATION AS LOCAL ASSOCIATE COUNSEL

I, **Jeffrey A. Cook**, Cunliffe & Cook, P.C. hereby consent to be designated local associate counsel in the above captioned matter and respectfully request that the Court approve the application for admission *pro hac vice* of William L. Banning.

Dated this 19th day of February 2003.

_____
Jeffrey A. Cook, Cunliffe & Cook, P.C.
Local Associate Counsel

JAC:cgb
Civil-TEMP/Banning-B-0163.1/Pro Hac Vice 2