# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

MEL DEBRUM,

    Plaintiff,

vs.

M&F FISHING CO., INC., a corporation, *in personam*, and M/V KOORALE, her engines, tackle, apparel, furniture, and appurtenances, *in rem*,

    Defendants.

Civil Case No.03-00004

ORDER

Due to the scheduling needs of the Court, the February 24, 2003 hearing on the defendants' Motion to Quash Rule B Arrest or Set Amount of Substitute Security in Amount Equal to Value of Plaintiff's Claim Fairly Stated ("Motion to Quash") is hereby moved to **Tuesday, February 25, 2003 at 10:30 a.m.** The plaintiff shall file a response to the Motion to Quash no later than Monday, February 24, 2003 at 12 noon.

SO ORDERED this 21st day of February, 2003.

JOHN S. UNPINGCO
District Judge