Law Offices of
**CUNLIFFE & COOK**
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

Attorneys for Plaintiff MEL DEBRUM

FILED
DISTRICT COURT OF GUAM
FEB 21 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MEL DEBRUM, <br><br> Plaintiff, <br><br> vs. <br><br> M&F FISHING CO., INC., a corporation, *in personam*, and M/V KOORALE, her engines, tackle, apparel, furniture, and appurtenances, *in rem*, <br><br> Defendants. | ADMIRALTY CIVIL NO. 03-00004 <br><br> **ORDER TO ALLOW FACSIMILE FILING** |

Pursuant to Plaintiff's Ex Parte Motion to Allow Facsimile Filings, it is hereby ordered that the Clerk shall accept this facsimile filing as stated in said Motion, and on upon receipt, local counsel shall file the original signature page with the Court.

SO ORDERED. FEB 21 2003 .

**Honorable John S. Unpingco**
**Chief Judge, U.S. District Court of Guam**

JAC:cgb
Civil-TEMP/Banning-B-0163.1/Order to Allow Facsimile Filing

RECEIVED
FEB 20 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL