**Law Offices of**
**CUNLIFFE & COOK**
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, GU  96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

Attorneys for Plaintiff MEL DEBRUM

F I L E D
DISTRICT COURT OF GUAM
FEB 2 1 2003
MARY L. M. MORAN
CLERK OF COURT
21

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MEL DEBRUM,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>M&F FISHING CO., INC., a corporation, *in personam*, and M/V KOORALE, her engines, tackle, apparel, furniture, and appurtenances, *in rem*,<br><br>　　　　　Defendants. | ADMIRALTY CIVIL NO. 03-00004<br><br>**ORDER GRANTING *PRO HAC VICE* APPLICATION** |

The application of WILLIAM L. BANNING for an order granting him permission to appear as counsel *pro hac vice* for Plaintiff in association with Jeffrey A. Cook, Esq., Cunliffe & Cook, A Professional Corporation, attorney of record in the above-entitled matter, having been considered by the Court, and good cause appearing therefore,

**IT IS ORDERED** that the Application of WILLIAM L. BANNING for an order granting him permission to appear as counsel *pro hac vice* pursuant to GR17.1 of the Local Rules of Practice of the District Court of Guam, is GRANTED.

SO ORDERED.  FEB 2 1 2003

_____
**Honorable John S. Unpingco**
**Chief Judge, District Court of Guam**

RECEIVED
FEB 20 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

JAC:cgb
Civil-TEMP/Banning-B-0163.1-Koorale/Order on Application by OSA