Law Offices of
**CUNLIFFE & COOK**
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

Attorneys for Plaintiff MEL DEBRUM



FILED
DISTRICT COURT OF GUAM
FEB 21 2003
MARY L. M. MORAN

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MEL DEBRUM,<br><br>    Plaintiff,<br><br>vs.<br><br>M&F FISHING CO., INC., a corporation, *in personam*, and M/V KOORALE, her engines, tackle, apparel, furniture, and appurtenances, *in rem*,<br><br>    Defendants. | ADMIRALTY CIVIL NO. 03-00004<br><br>**EX PARTE MOTION TO ALLOW FACSIMILE FILING** |

Plaintiff Mel DeBrum, by counsel, hereby moves this Court, Ex Parte, to permit the filing of a facsimile page with signature of off island counsel William L. Banning on Mr. Banning's Declaration of William L. Banning in Support of Plaintiff's Opposition to Defendants' Motion to Vacate Rule B Attachment and For Release of Vessel On Posting of Alternate Security. This Application is made pursuant GR5.1, Local Rules of Practice, District Court of Guam. Plaintiff's counsel will immediately file the original signatures upon receipt from off island counsel.

Dated this 21st day of February 2003.

                                          **CUNLIFFE & COOK**
                                          A Professional Corporation

                                          By: _____
                                                  JEFFREY A. COOK

JAC:cgb
Civil-TEMP/Banning-B-0163.1/Ex Parte Mtn to Allow Facsimile Filing2

**ORIGINAL**

## CERTIFICATE OF SERVICE

I, **JEFFREY A. COOK**, hereby certify that on February 21, 2003, I caused to be sent by personal service or by facsimile, a copy of the foregoing to the offices of counsel of record as follows:

1. Ex Parte Motion to Allow Facsmile Filing; and

2. Proposed Order to Allow Facsimile Filing.

> David P. Ledger, Esq.
> **CARLSMITH BALL LLP**
> Suite 401, Bank of Hawaii Building
> 134 West Soledad Avenue
> Hagåtña, GU 96910
> Tel: (671) 472-6813
> Facsimile: (671) 477-4375
> Temporary Facsimile: 472-2307

Dated this 21st day of February 2003.

> **CUNLIFFE & COOK**
> A Professional Corporation
> Attorneys for Plaintiff MEL DEBRUM
>
> By: _____
> JEFFREY A. COOK, ESQ.

JAC:cgb
Civil-Temp/Banning-Koorale-B-0163.1/Crt Srvc2

**ORIGINAL**