Law Offices of
CUNLIFFE & COOK
Suite 200
210 Archbishop F.C. Flores Street
Agana, Guam 96910
Tel. No. (671) 472-1824

FILED
DISTRICT COURT OF GUAM
FEB 24 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MEL DEBRUM, | ) ADMIRALTY CIVIL NO. 03-00004 |
| Plaintiff, | ) |
| vs. | ) |
| | ) **DECLARATION** |
| M&F FISHING CO., INC., a corporation, *in personam*, and M/V KOORALE, her engines, tackle, apparel, furniture, and appurtenances, *in rem*, | ) **OF  SERVICE** |
| Defendant. | ) |

I, MICHAEL Q. GALLO, hereby declare and say that: I am a Process Server in Guam (Special Proceedings No. SP0136-00), a citizen of the United States, a resident of Guam and not a party interested in the above-captioned case; I:

(X) Served Upon: **DEFENDANT, M&F FISHING CO., INC.**
the below listed document(s) to: **M&F FISHING CO., INC., BY AND THROUGH THEIR COUNSEL OF RECORD, DAVID P. LEDGER, CARLSMITH BALL LLP, WHO AGREED TO RECEIVE SERVICE OF PROCESS, THROUGH EUNICE J. MENDIOLA**
personally at: **THE LAW OFFICES OF CARLSMITH BALL, 4TH FLOOR, BANK OF HAWAII BUILDING, AGANA, GUAM**
on the 20th day of February, 2003, at 5:04 p.m.

**DOCUMENT(S) TO BE SERVED:**
( ) Summons  (X) First Amended Complaint  ( ) Declaration  ( ) Affidavit  ( ) JDX
( ) Order to Show Cause   ( ) Temporary Restraining Order   ( ) Deposition Subpoena
( ) Notice of Hearing   ( ) Subpoena Duces Tecum   ( ) Witness Fee
(X) Other(s):  SEAMAN'S FIRST AMENDED COMPLAINT FOR PERSONAL INJURIES-
JONES ACT NEGLIGENCE, UNSEAWORTHINESS AND MAINTENANCE AND CURE

I declare under penalty of perjury (6 G.C.A. Sect. 4308) that the foregoing is true and correct.

Dated this 21st day of February, 2003.

_____
MICHAEL Q. GALLO
Process Server (SP0136-00)

LNS/C&COOK\MDEBRUMCV03-00004.001
LNS/mqg