Law Offices of
**CUNLIFFE & COOK**
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

Attorneys for Plaintiff MEL DEBRUM

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MEL DEBRUM,<br><br>              Plaintiff,<br><br>vs.<br><br>M&F FISHING CO., INC., a corporation, *in personam*, and M/V KOORALE, her engines, tackle, apparel, furniture, and appurtenances, *in rem*,<br><br>             Defendants. | ADMIRALTY CIVIL NO. 03-00004<br><br>**ORDER TO ALLOW FACSIMILE FILING** |

Pursuant to Plaintiff's Ex Parte Motion to Allow Facsimile Filings, it is hereby ordered that the Clerk shall accept this facsimile filing as stated in said Motion, and on upon receipt, local counsel shall file the original signature page with the Court.

**SO ORDERED.** _____FEB 2 5 2003_____.

_____
Honorable John S. Unpingco
Chief Judge, U.S. District Court of Guam

JAC:cgb
Civil-TEMP/Banning-B-0163.1/Order to Allow Facsimile Filing