

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg. Suite 401
Hagåtña, Guam 96910
Tel. No. (671) 472-6813

Attorneys for Defendants
M&F Fishing Co., Inc. & M/V KOORALE



FILED
DISTRICT COURT OF GUAM
MAR 05 2003
MARY L. M. MORAN
CLERK OF COURT

FILED
DISTRICT COURT OF GUAM
FEB 25 2003
MARY M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MEL DEBRUM, | CIVIL CASE NO. CIV03-00004 |
| Plaintiff, | **STIPULATION BY THE PARTIES TO RELEASE M/V KOORALE FROM ARREST;** |
| vs. | **EXHIBITS A-C; ORDER DIRECTING UNITED STATES MARSHAL'S SERVICE TO** |
| M&F FISHING CO., INC., a corporation, in personam, and M/V KOORALE, her engines, appurtenances, in rem, | **RELEASE VESSEL** |
| Defendants. | |

A.    RECITALS

1.    On February 11, 2003 Plaintiff filed the instant action *in personam* against

M&F Fishing Co., Inc. and *in rem* against the M/V KOORALE.

2.     On February 11, 2003, in conjunction therewith and pursuant to Supp. Admiralty Rules B and C,  Plaintiff prayed for and obtained a warrant of arrest for the M/V KOORALE.

3.     On February 14, 2003 the United States Marshal for the District of Guam served the warrant and placed the vessel under arrest at Guam.

4.     Pursuant to this Court's order dated February 11, 2003, Allied Marine Surveyors ("Allied Marine") were appointed substitute custodians for the vessel and, upon execution of proper documentation, on February 14, 2003 accepted custody of the vessel from the Marshal.

5.     On February 19, 2003 Defendants herein filed a motion to quash or vacate the Rule B arrest or, alternatively, for an order setting substitute security in an amount sufficient to secure the release of the vessel, said security to stand as a defendant in the action.  This Court set the hearing of the motion for February 25, 2003 at 1030 hours.

6.     On February 21, 2003 Defendants herein filed supplemental briefing to quash or vacate the Rule C arrest or, alternatively, for an order setting substitute security in an amount sufficient to secure the release of the vessel, said security to stand as a defendant in the action.

3150173.1.000901-00030

7.      On February 21, 2003 Plaintiff filed his opposition to Defendants' motion

for an order to quash and vacate or for substitute security.

8.      As of February 25, 2003, the vessel remains under arrest at Guam and in

the custody of Allied Marine.

B.      <u>STIPULATION BY THE PARTIES FOR RELEASE OF VESSEL</u>

1.      The parties hereto, through counsel, stipulate as follows.

a.      A related and underlying action entitled *Mel Debrum v. M&F*

*Fishing Inc., a corporation, in personam, and M/V KOORALE, her engines, tackle, apparel,*

*furniture and appurtenances, in rem*, is pending in the United States District Court for the

Central District of California as Case No. 01-08403 DDP (Shx) (the "California action").

b.      In exchange for release of the KOORALE from arrest in this

action, the Defendants have agreed, *inter alia*, via stipulation in the related California action, to

(1) answer on behalf of the vessel KOORALE *in rem*, (waiving any counter-claims) in the

California action, (2) post substitute security in the California action in the form of a $4.3 million

bond to answer to any *in rem* or *in personam* judgment entered against either M&F or the

KOORALE in that action and (3) have this action dismissed without prejudice. A true and

correct copy of the relevant Stipulation and Proposed Order is attached as Exhibit A.

3.

        c.      Substitute security in the form of a bond and of sufficient amount

to secure the release of the M/V KOORALE from arrest at Guam has been posted with the Clerk

of Court in the California action. The bond bears interest at an agreed percentage and adequately

addresses the issue of which party shall pay custodias legis costs. A copy of the bond is attached

hereto as Exhibit B.

        e.      With respect to costs and expenses due and payable to Allied

Marine for custodias legis at Guam, Exhibit C attached hereto confirms Allied Marine have

agreed to accept payment of custodias legis costs within five (5) banking days of the vessel's

release from arrest and Allied Marine's custody. This differs from the customary practice of

payment of custodias legis costs prior to the custodian's release of a vessel under arrest.

        f.      Defendants herein shall pay Allied Marine's custodias legis costs

in accordance with the instructions set out in Exhibit C hereto.

//
//
//
//
//
//
//
//

Submitted this 25th day of February 2003.

CARLSMITH BALL LLP

_____

DAVID LEDGER
Attorneys for Defendants

Reviewed and agreed to this 25th day of February 2003.

CUNLIFFE & COOK

_____

JEFFREY A. COOK
Attorney for Plaintiff

C.   ORDER OF RELEASE OF VESSEL

The Court, after having reviewed the foregoing stipulation for release from arrest

of the defendant vessel M/V KOORALE and the attached stipulation (Exh A.) and bond (Exh.

B) filed in the California action, makes the following ORDER:

1.   Custodias legis expenses incurred at Guam shall be paid to Allied Marine

Surveyors in accordance with the parties' stipulation and Exhibit C hereto.

2.   The United States Marshal is directed to forthwith submit to the Court an

accounting summary of Plaintiff's initial deposit of costs pursuant to LAR E(11) and the

expenses the Marshal has incurred in arresting and keeping the vessel prior to turning the vessel

over to Allied Marine. Defendant shall pay to either the Marshal or Plaintiff's counsel of record

in this action Cunliffe & Cook an amount sufficient to ensure that Plaintiff receives a full refund

of his deposit in the amount of $5,000.00.

       3.     The United States Marshal and Allied Marine Surveyors are directed to

forthwith effect the immediate release of the vessel M/V KOORALE. The Marshal shall

forthwith inform all relevant Port of Guam, Guam and U.S. federal authorities to clear the

KOORALE for immediate departure from Guam.

       4.     Defendant is directed to serve a copy of this signed **ORDER** upon counsel

for Plaintiff, the Marshal and Allied Marine Surveyors.

       **SO ORDERED:** This 25th day of February 2003.

                         /s/ John S. Unpingco

                         THE HONORABLE JOHN S. UNPINGCO
                         Chief Judge, District Court of Guam

MARSHALS RETURN
I HAVE PARTIALLY EXECUTED THIS
~~ORDER OF RELEASE~~ BY ~~TAKING~~ CUSTODY OF
THE WITHIN NAMED *M/V KOORALE*
AT *OFSHMAN* ON *2/25/03*
~~AND DELIVERING HIM / HER TO THE~~
~~FOR FURTHER~~
~~TRANSFER TO~~ *ASPIRN*
*2/25/03*

6.

# EXHIBIT "A"

1  LEGROS BUCHANAN & PAUL
2  Robert N. Windes/WA State Bar No. 18216, pro hac vice
3  Jonathan W. Thames/WA State Bar No. 31060, pro hac vice
4  701 Fifth Avenue, Suite 2500
   Seattle, Washington 98104
5  Telephone: (206) 623-4990
6
7  Co-Counsel:
8  Erich P. Wise/State Bar No. 63219
   Alex H. Cherin/State Bar No. 182087
9  FLYNN, DELICH & WISE
10 One World Trade Center, Suite 1800
   Long Beach, California 90831-1800
11 Telephone: (562) 435-2626
12
13 Attorneys for Defendant and Counter-Claimant
   M & F FISHING CO., INC.
14

15                    UNITED STATES DISTRICT COURT
16                  CENTRAL DISTRICT OF CALIFORNIA

17  MEL DeBRUM, an individual,              ) CASE NO.: 01-08403 DDP (SHx)
18                                          )
              Plaintiff,                    ) STIPULATION REGARDING
19                                          ) POSTING OF BOND BY
20  v.                                      ) DEFENDANT
                                            )
21  M & F FISHING CO., INC., a              )
22  corporation *in personam*, and F/V      )
    KOORALE, her engines, tackle, apparel,  )
23  furniture and appurtenances, *in rem*,  )
24                                          )
              Defendants.                   )
25                                          )
26  _____    )
27
28

                                                        **EXHIBIT A**

                                    1

LODGED

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

1. WHEREAS on February 11, 2003, Plaintiff filed an action in the United State District Court of Guam entitled <u>Mel DeBrum v. M&F Fishing Co., Inc. and F/V KOORALE , her engines, tackle, apparel, furniture and appurtenances, *in rem*</u>, Case No. CIV 03-00004, alleging Jones Act negligence, unseaworthiness and maintenance and cure;

2. WHEREAS on February 11, 2003, the United States District Court of Guam issued an order directing the U.S. Marshal's Service for the District of Guam to arrest the F/V KOORALE;

3. WHEREAS on February 14, 2003, the U.S. Marshal's Service arrested the F/V KOORALE in the District of Guam;

4. WHEREAS in October, 2001, Plaintiff filed this action against M&F Fishing Co., Inc., the owners of the F/V KOORALE, in *personam*, and against the F/V KOORALE, *in rem*; and

5. WHEREAS Plaintiff and Defendants M&F Fishing Co., Inc. and F/V KOORALE mutually desire to effectuate a prompt release of the vessel from arrest and a dismissal without prejudice of the action pending in the United States District Court in Guam upon the posting of adequate security in the amount of $4.3 million with this Court.

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 495-3928

## STIPULATION

WHEREFORE, the parties stipulate, by and through their respective attorneys of record, as follows:

1. Defendants M&F Fishing Co., Inc. and F/V KOORALE agree to appear in this action and to accept jurisdiction of this Court and venue in this District, without assertion of any counterclaims, subject to reservation of claims for set-off of amounts previously paid;

2. Defendants agree to post a bond in the amount of $4.3 million pursuant to Local Rule 65 and Supplemental Rule B, C and E;

3. Plaintiff agrees to accept the posting of the above-referenced bond as an undertaking in lieu of arrest of F/V KOORALE in this District pursuant to Supplemental Rule B, C and E;

4. The above-referenced bond shall become the Defendant in place of F/V KOORALE for all purposes in this action and shall be deemed referred to under the name of the vessel in any pleading order or judgment in this action;

5. Upon the posting and filing of the above-referenced bond in a form duly approved by the Clerk of the Court and satisfactory proof thereof presented by Defendants to Plaintiff, Plaintiff will

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

expeditiously seek an order from the United States District Court in Guam releasing F/V KOORALE from arrest;

6. Plaintiff shall also cause the Guam action to be dismissed without prejudice as soon as practicable; and

7. Prior to release of the vessel, Defendants shall reimburse Plaintiff for all custodia legis expenses incurred in the Guam action.


IT IS SO STIPULATED AND AGREED.


Dated: February 21, 2003

FLYNN, DELICH & WISE

By: _____
Erich P. Wise
Attorneys for Defendant and Counter-Claimant M&F FISHING CO. INC.


Dated: February 21, 2003

BANNING, MICKLOW BULL & LOPEZ

By: _____
Edward M. Bull III
Attorneys for Plaintiff
Mel DeBrum

IT IS SO ORDERED.

Dated: _____, 2003

_____
UNITED STATES DISTRICT JUDGE

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is One World Trade Center, Suite 1800, Long Beach, California 90831.

On February 24, 2003, I served the foregoing document (on recycled paper) described as **STIPULATION REGARDING POSTING OF BOND BY DEFENDANT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

William L. Banning                          Attorney for Plaintiff
John S. Lopez                               Mel DeBrum
BANNING MICKLOW BULL
  & LOPEZ LLP
501 West Broadway, Suite 2090
San Diego, California 92101

Robert N. Windes                            Courtesy Copy
Jonathan W. Thames
LEGROS BUCHANAN & PAUL
701 Fifth Avenue, Suite 2500
Seattle, Washington 98104

[X]        (By Mail): I deposited such envelope in the mail at Long Beach, California. The envelope was mailed with postage thereon fully prepaid.

EXECUTED ON February 24, 2003, at Long Beach, California.

[X]        (Federal): I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Jacqueline Araujo

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

# EXHIBIT "B"

1 LEGROS BUCHANAN & PAUL
2 Robert N. Windes/WA State Bar No. 18216, pro hac vice
3 Jonathan W. Thames/WA State Bar No. 31060, pro hac vice
4 701 Fifth Avenue, Suite 2500
  Seattle, Washington 98104
5 Telephone: (206) 623-4990
6
7 Co-Counsel:
8 Erich P. Wise/State Bar No. 63219
  Alex H. Cherin/State Bar No. 182087
9 FLYNN, DELICH & WISE
10 One World Trade Center, Suite 1800
  Long Beach, California 90831-1800
11 Telephone: (562) 435-2626
12
13 Attorneys for Defendant and Counter-Claimant
   M & F FISHING CO., INC.
14
15                  UNITED STATES DISTRICT COURT
16                  CENTRAL DISTRICT OF CALIFORNIA
17 MEL DeBRUM, an individual,          ) CASE NO.: 01-08403 DDP (SHx)
18                                     )
          Plaintiff,                   ) SHIP RELEASE BOND
19                                     )
20 v.                                  )
                                       )
21 M & F FISHING CO., INC., a          )
22 corporation in personam, and F/V    )
   KOORALE, her engines, tackle, apparel, )
23 furniture and appurtenances, in rem, )
                                       )
24                                     )
          Defendants.                  )
25                                     )
26 _____)
27
28

**EXHIBIT B**

WHEREAS, a complaint was filed in this Court by Mel DeBrum against the vessel KOORALE, her engines, tackles, furniture and apparel, in rem and against M&F Fishing Co. Inc., (aka M & F Fishing, Inc., hereinafter referred to collectively as "M&F") a corporation, as owner of such vessel, for the reasons and causes set forth in such complaint, and the parties here stipulated and agreed to the substitution of other security for the arrest and attachment of such vessel;

Now, THEREFORE, it is agreed as follows:

M&F, as principal, and Travelers Casualty and Surety Company, as Surety, are held and firmly bound unto the United States Marshal for the Central District of California in the sum of four million three hundred thousand ($4,300,000) Dollars, plus six percent per annum interest, to the use of the said Marshal in the within proceeding.

The condition of this obligation is such that M&F, as principal and Travelers Casualty and Surety Company as surety do hereby agree that, in the event of a final judgment against the vessel KOORALE, her engines, etc., *in rem*, or M & F, *in personam*, after final appeal if any, M&F shall satisfy that judgment or award together with interest and costs, and if it fails to do so, the within named surety shall do it for the said principal, up to the maximum sum of $4.3 million ($4,300,000) plus six (6%) per annum lawful money of the United States.

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

The Condition of this Obligation is such that if the said principal shall abide by all orders of the Court, interlocutory or final, and pay to the Plaintiff the amount awarded to the Plaintiff and against said principal, *in personam* or as claimant of the F/V KOORALE, by the final judgment rendered by this Court, or by any Appellate Court if appeal intervenes, then this obligation shall be void, otherwise the same shall remain in full force and virtue.

This bond is further subject to the general conditions of the surety attached hereto and incorporated herein by reference.

Dated this 21st day of February, 2003.

M & F FISHING CO., INC.

By: _____
    Agent and Attorney-In-Fact

TRAVELERS CASUALTY AND SURETY COMPANY

By: _____
    Maria Luisa Chua, Attorney-in-Fact

Bond No:  00103940755

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

State of <u>California</u>

County of <u>Los Angeles</u>

On this 21st day of February, 2003 before me, <u>Leilani Jacobson, Notary Public</u>
Name & Title

personally appeared  Maria Luisa Chua——————————————————————
Name(s) of Signer(s)

☒ personally known to me - OR -☐ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledge to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument; the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

LEILANI JACOBSON
Commission # 1237297
Notary Public - California
Los Angeles County
My Comm. Expires Oct 9, 2003

**NOTARY SEAL**

_(signature)_
SIGNATURE OF NOTARY

## OPTIONAL

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

Title or Type of document:  **SHIP RELEASE BOND – PRINCIPAL: M & F FISHING CO., INC**

Document Date: **February 21, 2003**　　　　　Signer(s) other Than Named Above:_____

Capacity(ies) Claimed by Signer(s)

| Signer's Name:  Maria Luisa Chua | Signer's Name:_____ |
|---|---|
| ☐ INDIVIDUAL | ☐ INDIVIDUAL |
| ☐ CORPORATE OFFICER | ☐ CORPORATE OFFICER |
| Title: _____ | Title: _____ |
| ☐ PARTNER(S)　☐ LIMITED　☐ GENERAL | ☐ PARTNER(S)　☐ LIMITED　☐ GENERAL |
| ☒ ATTORNEY-IN-FACT | ☐ ATTORNEY-IN-FACT |
| ☐ TRUSTEE(S) | ☐ TRUSTEE(S) |
| ☐ GUARDIAN or CONSERVATOR | ☐ GUARDIAN or CONSERVATOR |
| ☐ OTHER: _____ | ☐ OTHER: _____ |

SIGNER IS REPRESENTING:　　　　　　　　　　SIGNER IS REPRESENTING:

**TRAVELERS CASUALTY AND SURETY**
**COMPANY OF AMERICA**

## POWER OF ATTORNEY AND CERTIFICATE OF AUTHORITY OF ATTORNEY(S)-IN-FACT

KNOW ALL PERSONS BY THESE PRESENTS, THAT TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY, corporations duly organized under the laws of the State of Connecticut, and having their principal offices in the City of Hartford, County of Hartford, State of Connecticut, (hereinafter the "Companies") hath made, constituted and appointed, and do by these presents make, constitute and appoint: Scott Grover, Dave M. Weller, Leilani Jacobson, Dirk T. De Graw, Robert Torres, Maria Luisa Chua, Denise Eby, Andrea Natisch, Catherine Phillips, Corinne L. Hernandez, Vanessa Settle, Noel Ackerson, of Glendale, California, their true and lawful Attorney(s)-in-Fact, with full power and authority hereby conferred to sign, execute and acknowledge, at any place within the United States, the following instrument(s): by his/her sole signature and act, any and all bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking and any and all consents incident thereto and to bind the Companies, thereby as fully and to the same extent as if the same were signed by the duly authorized officers of the Companies, and all the acts of said Attorney(s)-in-Fact, pursuant to the authority herein given, are hereby ratified and confirmed.

This appointment is made under and by authority of the following Standing Resolutions of said Companies, which Resolutions are now in full force and effect:

VOTED: That the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her.

VOTED: That the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary.

VOTED: That any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary, or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority.

This Power of Attorney and Certificate of Authority is signed and sealed by facsimile (mechanical or printed) under and by authority of the following Standing Resolution voted by the Boards of Directors of TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY, which Resolution is now in full force and effect:

VOTED: That the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking to which it is attached.

IN WITNESS WHEREOF, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELER CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY have caused this instrument to b signed by their Senior Vice President and their corporate seals to be hereto affixed this 24th day of September 2002.

STATE OF CONNECTICUT

)SS. Hartford

COUNTY OF HARTFORD

  

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
TRAVELERS CASUALTY AND SURETY COMPANY
FARMINGTON CASUALTY COMPANY

By

George W. Thompson
Senior Vice President

On this 24th day of September, 2002 before me personally came GEORGE W. THOMPSON to me known, who, being by me duly sworn, did depose and say: that he/she is Senior Vice President of TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY, the corporations described in and which executed the above instrument; that he/she knows the seals of said corporations; that the seals affixed to the said instrument are such corporate seals; and that he/she executed the said instrument on behalf of the corporations by authority of his/her office under the Standing Resolutions thereof.



Marie C Tetreault

My commission expires June 30, 2006  Notary Public
Marie C. Tetreault

CERTIFICATE

I, the undersigned, Assistant Secretary of TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY, stock corporations of the State of Connecticut, DO HEREBY CERTIFY that the foregoing and attached Power of Attorney and Certificate of Authority remains in full force and has not been revoked; and furthermore, that the Standing Resolutions of the Boards of Directors, as set forth in the Certificate of Authority, are now in force.

Signed and Sealed at the Home Office of the Company, in the City of Hartford, State of Connecticut. Dated this  21st  day of February  , 2003.

  

By

Kori M. Johanson
Assistant Secretary, Bond

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is One World Trade Center, Suite 1800, Long Beach, California 90831.

On February 24, 2003, I served the foregoing document (on recycled paper) described as **SHIP RELEASE BOND** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

William L. Banning                              Attorney for Plaintiff
John S. Lopez                                      Mel DeBrum
BANNING MICKLOW BULL
  & LOPEZ LLP
501 West Broadway, Suite 2090
San Diego, California 92101


Robert N. Windes                              Courtesy Copy
Jonathan W. Thames
LEGROS BUCHANAN & PAUL
701 Fifth Avenue, Suite 2500
Seattle, Washington 98104

[X]        (By Mail): I deposited such envelope in the mail at Long Beach, California. The envelope was mailed with postage thereon fully prepaid.

EXECUTED ON February 24, 2003, at Long Beach, California.

[X]        (Federal): I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.


Jacqueline Araujo

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

1  LEGROS BUCHANAN & PAUL

2  Robert N. Windes/WA State Bar No. 18216, pro hac vice FEB 24  PM 12: 49

3  Jonathan W. Thames/WA State Bar No. 31060, pro hac vice  DISTRICT COURT
   CENTRAL DIST. OF CALIF.
4  701 Fifth Avenue, Suite 2500                            LOS ANGELES

5  Seattle, Washington 98104                        IV

   Telephone: (206) 623-4990

6

7  Co-Counsel:

8  Erich P. Wise/State Bar No. 63219

   Stephen K. Hubchen/State Bar No. 215913

9  FLYNN, DELICH & WISE

10 One World Trade Center, Suite 1800

   Long Beach, California 90831-1800

11 Telephone: (562) 435-2626

12

13 Attorneys for Defendant and Counter-Claimant
   M & F FISHING CO., INC.

14
                 UNITED STATES DISTRICT COURT

15
                 CENTRAL DISTRICT OF CALIFORNIA

16

17 MEL DeBRUM, an individual,            ) CASE NO.: 01-08403 DDP (SHx)

18                                       )
              Plaintiff,                 )
19                                       ) **CERTIFICATE BY ATTORNEY**
                                         ) **REGARDING SHIP RELEASE BOND**
20 v.                                    )
                                         )
21 M & F FISHING CO., INC., a            )
22 corporation *in personam,* and F/V    )
   KOORALE, her engines, tackle, apparel,)
23 furniture and appurtenances, *in rem,* )
                                         )
24                                       )
              Defendants.                )
25                                       )
                                         )
26 ————————————————————————)

27

28

_FLYNN, DELICH & WISE_
_ATTORNEYS AT LAW_
_One World Trade Center, Suite 1800_
_Long Beach, California 90831-1800_
_(562) 435-2626_

1

Counsel for Defendant M&F Fishing Co., Inc. submits the following certificate pursuant to Local Rule 65-5:

a.     I have carefully examined the bond;

b.     I know the content of the bond;

c.     I know the purpose for which the bond is executed;

d.     In my opinion, the bond is in due form;

e.     I believe the declaration of qualification by the surety are true; and

f.     I have determined that the bond is not required by law to be approved by a judge.

Dated: February 21, 2003                    FLYNN, DELICH & WISE

By: _____
    Erich P. Wise
    Attorneys for Defendant and Counter-
    Claimant M&F FISHING CO. INC.

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 432-5626

CERTIFICATE BY ATTORNEY REGARDING SHIP RELEASE BOND

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is One World Trade Center, Suite 1800, Long Beach, California 90831.

On February 24, 2003, I served the foregoing document (on recycled paper) described as **CERTIFICATE BY ATTORNEY REGARDING SHIP RELEASE BOND** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

William L. Banning                          Attorney for Plaintiff
John S. Lopez                               Mel DeBrum
BANNING MICKLOW BULL
   & LOPEZ LLP
501 West Broadway, Suite 2090
San Diego, California 92101

Robert N. Windes                            Courtesy Copy
Jonathan W. Thames
LEGROS BUCHANAN & PAUL
701 Fifth Avenue, Suite 2500
Seattle, Washington 98104

[X]        (By Mail): I deposited such envelope in the mail at Long Beach, California. The envelope was mailed with postage thereon fully prepaid.

EXECUTED ON February 24, 2003, at Long Beach, California.

[X]        (Federal): I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Jacqueline Araujo

# EXHIBIT "C"



**Allied Marine Surveyors**

Hull & Machinery
Loading & Discharging
Stability & Deck Loads
Draft & Quantity
Marine Cargo Insurance
Adjusting

P.O. Box 5773 CHRB,
SAIPAN, MP96950.
Tel: 1 (670) 234 9511
Fax: 1 (670) 234 9512
Pager: 1 (670) 236 1154
E-mail: allied@iteconmi.com

Our Reference:
**03022304**

Your Reference:
B-0163.1

**MR. JEFFREY COOK**
Law Offices,
**GUAM.**

23 February 2003

### Re: M.V. *"KOORALE"*

Dear *Jeff*,

Today we received information that an agreement has been reached that will allow the subject Vessel to be released, provided that we will agree to payment terms.

We agree with the proposal that calls for our fees and expenses to be paid within 5 banking days, from the time of the actual release, provided that we receive an original signed release order from the court and, provided further that the owners sign our standard release and acceptance of the Vessel. We will issue an invoice for the custodial duties, made out to your office, Cunliffe & Cook, and copy the same to the interested parties, although we understand that the fees will be paid by the respondents – this invoice together with our telegraphic transfer instructions will be sent out by e-mail to you and David Ledger. We will appreciate it if Mr. Windes and / or Mr. Banning will contact us on our e-mail address above so that we can copy them in on the invoice.

Please respond to both addresses so that our accounting department can issue the invoice accordingly:

allied@iteconmi.com

allied@saipan.netpci.com

Thank you for the opportunity to be of service to you, and please do not hesitate to contact us, if you require anything further regarding this or future matters.

Yours faithfully,
**ALLIED MARINE SURVEYORS, LTD.**

Noel Slapp

cc:    David Ledger, Carlsmith Ball
      Robert Windes
      Bill Banning
      Timothy Westman, AMS Guam
      Roland Aranda, AMS Accountant

Visit our Web Site http://www.alliedmarine.net



**EXHIBIT C**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MEL DEBRUM | CV No. 03-00004 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| M3 FISHING Co, Inc. and M/V KOORALE | Release Order For Vessel |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | M/V KOORALE c/o Captain of the vessel |
| **AT** | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | Commercial Port, Guam |
| | Casamar Guam, dockside at Industrial Ave. |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | | |
|---|---|---|
| David Ledger, Atty. For M/V Koorale<br>P.O. Box 54<br>Agana, Guam 96932 | Number of process to be served with this Form - 285 | 1 |
| | Number of parties to be served in this case | 3 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold

Serve vessel at Casamar Guam dockside.
Industrial Avenue, Commercial Port, Guam.

Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☒ DEFENDANT | TELEPHONE NUMBER<br>472-6813<br>EPS - 3352 | DATE<br>2/25/03 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No.093 | No.093 | Marshll W B | 2-25-03 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 2-25-03 | Time: 4:39 ☒ pm |
| | Signature of U.S. Marshal or Deputy<br>Marshll W B |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | — | | 45.00 | | | |

REMARKS:

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

U.S. Department of Justice
United States Marshals Service

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MEL DEBRUM | CV NO. 03-00004 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| M3F Fishing Co, Inc.   M/V KOORALE | Release Order For Vessel |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Mr. Anthony Ferreira - owner/captain of M/V Koorale

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Commercial Port, Guam
Casamar Guam - dockside @ Industrial Ave.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David Lodge, Atty For M/V Koorale
Carlsmith Ball
Box 54
Agana, Guam 96932

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve Mr. Ferreira @ vessel, Casamar, Guam dockside.
Industrial Ave, Commercial Port, Guam

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☒ DEFENDANT | TELEPHONE NUMBER 472 - 6813  688 - 3352 | DATE 2/25/03 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 093 | No. 093 | Marshall WF | 2-25-03 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 2-25-03   Time: 4:39 pm |
| | Signature of U.S. Marshal or Deputy: Marshall WF |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | — | — | 45.00 | | | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF MEL DEBRUM | COURT CASE NUMBER CV No. 03-00004 |
|---|---|
| DEFENDANT M & F Fishing Co., Inc. and M/V KOORALE | TYPE OF PROCESS Release Order for vessel |

| SERVE ➡ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN Officer In Charge<br>ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) Guam Customs Agency |
|---|---|

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| David Ledger, Atty For M/V KOORALE<br>P.O. Box 54<br>Agana, Guam 96932 | Number of process to be served with this Form - 285 __1__ |
| | Number of parties to be served in this case __3__ |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                                   Fold

Please serve officer in charge @ Guam Customs

| Signature of Attorney or other Originator requesting service on behalf of: [signature] | ☐ PLAINTIFF ☒ DEFENDANT | TELEPHONE NUMBER 472-6813 688-3352 | DATE 2/25/03 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 093 | District to Serve No. 093 | Signature of Authorized USMS Deputy or Clerk [signature] | Date 2-25-03 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) EDDIE NANGUATA - GUAM CUSTOMS | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 2-25-03 | Time 4:43 pm |
| | Signature of U.S. Marshal or Deputy [signature] |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 4.32 | — | 49.32 | 5,000.00 | | 3,599.60 |

REMARKS:

1 miles Rd trip

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

FEB-25-2003 15:14 FROM:US MARSHALS SERVICE, R/I 415 5135