**Law Offices of**
**CUNLIFFE & COOK**
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

```
FILED
DISTRICT COURT OF GUAM
JUN 17 2003
MARY L. M. MORAN
CLERK OF COURT
```

Attorneys for Plaintiff MEL DEBRUM

(33)

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MEL DEBRUM, ) | ADMIRALTY CIVIL NO. 03-00004 |
| Plaintiff, ) | |
| vs. ) | **STIPULATION TO CONTINUE** |
| ) | **SCHEDULING CONFERENCE** |
| M&F FISHING CO., INC., a corporation, *in personam,* and M/V KOORALE, her engines, tackle, apparel, furniture, and appurtenances, *in rem,* ) | |
| Defendants. ) | |

The parties to the above-captioned case, through their respective counsel, hereby stipulate to continue the Scheduling Conference currently on the Court's calendar June 12, 2003 at 3:00 p.m. for approximately two (2) weeks while the parties complete settlement documentation and transfer of funds. Upon completion of settlement documentation and transfer of funds per said settlement, the parties will submit a stipulation dismissing this action. The parties hereby request that the Court continue the Scheduling Conference to allow the settlement to be finalized and the dismissal filed.

**SO STIPULATED:**

**CARLSMITH BALL**
Attorney for *Defendants*

By _Elyze McDonald_
 *for*
DAVID P. LEDGER, ESQ.

**CUNLIFFE & COOK**
A Professional Corporation
Attorney for *Plaintiff*

By _____
JEFFREY A. COOK, ESQ.

**ORIGINAL**

# ORDER

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that the Scheduling Conference on the Court's calendar June 12, 2003 at 3:00 p.m. be continued to _July 3, 2003 at 2:00 pm_ to give parties the opportunity to finalize the settlement and the filing of a stipulation to dismiss this action.

**SO ORDERED**: _JUN 17 2003_ .

HON. JOHN S. UNPINGCO
Judge, District Court of Guam

JAC:cgb
Civil-TEMP/Banning B0163.1 Koorale/Proposed Stip 6 12 03

RECEIVED
JUN 13 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM