DISTRICT COURT OF GUAM

**FILED**

AUG 12 2003

MARY L. M. MORAN
CLERK OF COURT

35

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| MEL DEBRUM, | Civil Case No.03-00004 |
| Plaintiff, | |
| vs. | |
| M&F FISHING CO., INC., a corporation, *in personam*, and M/V KOORALE, her engines, tackle, apparel, furniture, and appurtenances, *in rem*, | ORDER |
| Defendants. | |

This case is scheduled to come before the Court on August 14, 2003 for a scheduling conference. The scheduling conference has already been continued several times[1] "while the parties complete settlement documentation and transfer of funds." In order to give the parties additional time to finalize the settlement process, the scheduling conference shall be continued to Tuesday, September 23, 2003. The Court cautions that further delays will not be tolerated and may result in the imposition of sanctions upon counsel and the parties.

SO ORDERED this  12th day of August, 2003.

JOHN S. UNPINGCO
District Judge

[1] The scheduling conference was originally set for May 8, 2003. By stipulation of the parties, the scheduling conference was moved to May 22, 2003, then to June 12, 2003. Thereafter, the parties agreed to continue to continue the scheduling conference to July 3, 2003, and finally August 14, 2003.

ORIGINAL