Law Offices of
CUNLIFFE & COOK
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

FILED
DISTRICT COURT OF GUAM
AUG 18 2003
MARY L. M. MORAN
CLERK OF COURT

36

Attorneys for Plaintiff MEL DEBRUM

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MEL DEBRUM,<br><br>                 Plaintiff,<br><br>vs.<br><br>M&F FISHING CO., INC., a corporation, *in personam*, and M/V KOORALE, her engines, tackle, apparel, furniture, and appurtenances, *in rem*,<br><br>                 Defendants. | ADMIRALTY CIVIL NO. 03-00004<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY AGREED**, by and between the parties, through their undersigned counsel, that this action be dismissed with prejudice. Each party to bear its own costs.

Dated: 8/14/03

CUNLIFFE & COOK
A Professional Corporation
Attorneys for *Plaintiff*

By: _____
JEFFREY A. COOK, ESQ.

CARLSMITH BALL LLP
Attorneys for *Defendant*

Dated: AUG 14 2003

By: Original Signed By
DAVID P. LEDGER
_____
DAVID P. LEDGER, ESQ.

SO ORDERED: AUG 18 2003 .

_____
**JOHN S. UNPINGCO**
**District Judge**

JAC:cgb/Civil/Banning-DeBrum-B-0163.1